UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON, | No. 2:23-cv-2622 DAD SCR P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN FBI AGENTS, | |
| Defendants. | |

On February 3, 2025, plaintiff filed a "Motion to Stop FBI Investigation." (ECF No. 27.) This civil rights action was closed on November 22, 2024, pursuant to court order. (See ECF No. 25.) Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Accordingly, IT IS ORDERED that plaintiff's Motion to Stop FBI Investigation (ECF No. 27) be terminated.

DATED: February 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE